UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>CLAUDIA G. GABRIELLE,<br><br>Debtor. | CHAPTER 7<br>Case No. 18-10524-BAH |

### ORDER GRANTING MOTION FOR AN ORDER
### ADMITTING ANTHONY R. LEONE, ESQ. *PRO HAC VICE*

Upon consideration of the Motion for an Order Admitting Anthony R. Leone, Esq. *Pro Hac Vice*, pursuant to NHLBR 2090-1 and District Court Rule 83.2(b), to admit Anthony R. Leone ("Attorney Leone") *pro hac vice* before the United States Bankruptcy Court for the District of New Hampshire to represent Olga L. Gordon, Chapter 7 Trustee (the "Trustee") in the above-captioned bankruptcy case, after due deliberation and good cause appearing therefore, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that Attorney Leone is admitted to practice *pro hac vice* to represent the Trustee in this bankruptcy case and any related adversary proceeding.

ENTERED in Concord, New Hampshire.

July 19, 2018

/s/ Bruce A. Harwood
The Honorable Bruce A. Harwood
United States Bankruptcy Judge

9375474v1